UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LEV GRIGORYOU,

                Plaintiff,

                                          **DECISION AND ORDER**
     v.                                            13-CV-526-A

PALLET SERVICES, INC.,

                Defendant.

---

    This action was referred to Magistrate Judge Michael J. Roemer pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On January 25, 2017, Magistrate Judge Roemer filed an Amended Report and Recommendation (Dkt. No. 66), recommending that defendant's motion for summary judgment (Dkt. Nos. 57-61) be granted.

    The Court has carefully reviewed the Report and Recommendation, the record in the case, and no objections having been timely filed, it is

    **ORDERED**, pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Roemer's Report and Recommendation, that defendant's motion for summary judgment is granted. The Clerk shall enter Judgment for the defendant and close the case.

    **IT IS SO ORDERED**.

                                      *Richard J. Arcara*
                                HONORABLE RICHARD J. ARCARA
                                UNITED STATES DISTRICT COURT

Dated:  February 23, 2017